UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JESSICA LEIGH BELL                              CIVIL ACTION

VERSUS                                          NO: 15-882

STATE OF LOUISIANA                              SECTION: R

# ORDER

Before the Court is Jessica Leigh Bell's petition for federal habeas corpus relief under 28 U.S.C. § 2254. The Magistrate Judge recommends that Bell's petition be dismissed with prejudice as untimely under the one-year statute of limitations imposed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA").[1] The Court, having reviewed *de novo* the petition,[2] the State of Louisiana's memorandum in opposition,[3] the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation ("R & R"),[4] hereby approves the R & R and adopts it as its opinion.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a

---

[1] R. Doc. 13.

[2] R. Doc. 3.

[3] R. Doc. 12.

[4] R. Doc. 13.

certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller–El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (quotation marks removed).

Here, the Court denies Bell's habeas petition because she failed to file it within AEDPA's one-year limitation period. The Court concludes that Bell's petition would therefore not generate debate among reasonable jurists. Accordingly, the Court will not issue a certificate of appealability.

For the foregoing reasons, the Court DENIES Bell's petition for habeas corpus and DENIES a certificate of appealability.

New Orleans, Louisiana, this <u>22nd</u> day of December, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE